IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHARINA HARPER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CV-631-LY |
| | § | |
| CALDWELL COUNTY, | § | |
|     DEFENDANT. | § | |

## ORDER

Before the court is Plaintiff's Motion for Fees, Expenses and Costs filed April 4, 2013 (Doc. #94). The motion fails to comply with Rule 7 of the Local Rules of the Western District of Texas, which provides in pertinent part:

> Counsel for the parties shall meet and confer for the purpose of resolving all disputed issues relating to attorney's fees prior to making application. The application shall certify that such a conference has occurred. If no agreement is reached, the applicant shall certify the specific reason why the matter could not be resolved by agreement. The motion shall include a supporting document organized chronologically by activity or project, listing attorney name, date, and hours expended on the particular activity or project, as well as an affidavit certifying (1) that the hours expended were actually expended on the topics stated, and (2) that the hours expended and rate claimed were reasonable. Such application shall also be accompanied by a brief memo setting forth the method by which the amount of fees was computed, with sufficient citation of authority to permit the reviewing court the opportunity to determine whether such computation is correct.

Loc. R. W. D. Tex., Rule 7(j). In light of Plaintiff's failure to comply with the Local Rules,

**IT IS ORDERED** that Plaintiff's Motion for Fees, Expenses and Costs filed April 4, 2013 (Doc. #94) is **DISMISSED**.

**SIGNED** this _29th_ of April, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE